## SEQ: C018406

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS   01WS   SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 6695 | 2715 |
| | | | | | SOCIAL SECURITY | 4966 | 2161 |
| | | | | | LOUISIANA | 1633 | 660 |
| REGULAR EARNING | 76500 | 7203 | 55103 | 272417 | | | |
| OVERTIME EARN | 114750 | 856 | 9823 | 10087 | | | |
| WRKDHRS | | 8059 | | | | | |

| CURRENT YEAR TO DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64926 | 13294 | 00 | = | 51632 | BEGIN 02-08-2014 | 032033442 | 516? |
| 282504 | 55371 | | | 227133 | END 02-21-2014 | CHECK NUMBER | AMT OF CHECK |
| EARNINGS | TAXES | DEDUCTIONS | | NET PAY | PAY PERIOD | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

---

## SEQ: Z026484

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS   01WS   SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 5822 | 145? |
| | | | | | SOCIAL SECURITY | 4521 | 120? |
| | | | | | LOUISIANA | 1417 | 35? |
| REGULAR EARNING | 76500 | 7725 | 59096 | 157682 | | | |
| OVERTIME EARN | 114750 | 01 | 11 | 195 | | | |
| WRKDHRS | | 7726 | | | | | |

| CURRENT YEAR TO DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59107 | 11760 | 00 | = | 47347 | BEGIN 01-11-2014 | 031913849 | 473? |
| 157877 | 30159 | | | 127718 | END 01-24-2014 | CHECK NUMBER | AMT OF CHECK |
| EARNINGS | TAXES | DEDUCTIONS | | NET PAY | PAY PERIOD | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

---

## SEQ: X114676

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS   01WS   SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 3973 | 397? |
| | | | | | SOCIAL SECURITY | 3550 | 355? |
| | | | | | LOUISIANA | 974 | 97? |
| REGULAR EARNING | 76500 | 6065 | 46397 | 46397 | | | |
| WRKDHRS | | 6065 | | | | | |

| CURRENT YEAR TO DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 46397 | 8497 | 00 | = | 37900 | BEGIN 11-16-2013 | 031616512 | 3790? |
| 46397 | 8497 | | | 37900 | END 11-29-2013 | CHECK NUMBER | AMT OF CHECK |
| EARNINGS | TAXES | DEDUCTIONS | | NET PAY | PAY PERIOD | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## Pay Stub 1

**SEQ: C078420**
**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS — 01WS
SOCIAL SECURITY #: XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 7795 | 59632 | 217314 |
| OVERTIME EARN | 114750 | 06 | 69 | 264 |
| WRKDHRS | | 7801 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 5911 | 20461 |
| SOCIAL SECURITY | 4568 | 16645 |
| LOUISIANA | 1439 | 4971 |

CURRENT / YEAR TO DATE
- EARNINGS: 59701 / 217578
- TAXES: 11918 / 42077
- DEDUCTIONS: 00
- NET PAY: 47783 / 175501
- PAY PERIOD: 01-25-2014 to 02-07-2014
- CHECK NUMBER: 031972832
- AMT OF CHECK: 47783

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## Pay Stub 2

**SEQ: Y060850**
**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS — 01WS
SOCIAL SECURITY #: XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 6201 | 47438 | 93835 |
| WRKDHRS | | 6201 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 4130 | 8103 |
| SOCIAL SECURITY | 3629 | 7179 |
| LOUISIANA | 996 | 1970 |

CURRENT / YEAR TO DATE
- EARNINGS: 47438 / 93835
- TAXES: 8755 / 17252
- DEDUCTIONS: 00
- NET PAY: 38683 / 76583
- PAY PERIOD: 11-30-2013 to 12-13-2013
- CHECK NUMBER: 031704559
- AMT OF CHECK: 38683

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## Pay Stub 3

**SEQ: Z069129**
**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS — 01WS
SOCIAL SECURITY #: XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 6337 | 48478 | 48478 |
| WRKDHRS | | 6337 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 4228 | 4228 |
| SOCIAL SECURITY | 3709 | 3709 |
| LOUISIANA | 1024 | 1024 |

CURRENT / YEAR TO DATE
- EARNINGS: 48478 / 48478
- TAXES: 8961 / 8961
- DEDUCTIONS: 00
- NET PAY: 39517 / 39517
- PAY PERIOD: 12-14-2013 to 12-27-2013
- CHECK NUMBER: 031783123
- AMT OF CHECK: 39517

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## Paystub 1

**SEQ: C018406**

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS  01WS
SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 7203 | 55103 | 272417 |
| OVERTIME EARN | 114750 | 856 | 9823 | 10087 |
| WRKDHRS | | 8059 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 6695 | 27156 |
| SOCIAL SECURITY | 4966 | 21611 |
| LOUISIANA | 1633 | 6604 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | AMT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 64926 | 13294 | 00 | 51632 | BEGIN 02-08-2014 | 032033442 | 51632 |
| YEAR TO DATE | 282504 | 55371 | | 227133 | END 02-21-2014 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

---

## Paystub 2

**SEQ: Z026484**

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS  01WS
SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 7725 | 59096 | 157682 |
| OVERTIME EARN | 114750 | 01 | 11 | 195 |
| WRKDHRS | | 7726 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 5822 | 14550 |
| SOCIAL SECURITY | 4521 | 12077 |
| LOUISIANA | 1417 | 3532 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | AMT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 59107 | 11760 | 00 | 47347 | BEGIN 01-11-2014 | 031913849 | 47347 |
| YEAR TO DATE | 157877 | 30159 | | 127718 | END 01-24-2014 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

---

## Paystub 3

**SEQ: X114676**

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS  01WS
SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 6065 | 46397 | 46397 |
| WRKDHRS | | 6065 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 3973 | 3973 |
| SOCIAL SECURITY | 3550 | 3550 |
| LOUISIANA | 974 | 974 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | AMT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 46397 | 8497 | 00 | 37900 | BEGIN 11-16-2013 | 031616512 | 37900 |
| YEAR TO DATE | 46397 | 8497 | | 37900 | END 11-29-2013 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

## SEQ: C078420

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS    01WS    SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 7795 | 59632 | 217314 |
| OVERTIME EARN | 114750 | 06 | 69 | 264 |
| WRKDHRS | | 7801 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 5911 | 2046 |
| SOCIAL SECURITY | 4568 | 1664 |
| LOUISIANA | 1439 | 497 |

| CURRENT | 59701 | 11918 | 00 | = | 47783 | BEGIN 01-25-2014 | 031972832 | 4778 |
|---|---|---|---|---|---|---|---|---|
| YEAR TO DATE | 217578 | 42077 | | | 175501 | END 02-07-2014 | CHECK NUMBER | AMT OF CHECK |
| | EARNINGS | TAXES | DEDUCTIONS | | NET PAY | PAY PERIOD | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

---

## SEQ: Y060850

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS    01WS    SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 6201 | 47438 | 93835 |
| WRKDHRS | | 6201 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 4130 | 810 |
| SOCIAL SECURITY | 3629 | 717 |
| LOUISIANA | 996 | 197 |

| CURRENT | 47438 | 8755 | 00 | = | 38683 | BEGIN 11-30-2013 | 031704559 | 3868 |
|---|---|---|---|---|---|---|---|---|
| YEAR TO DATE | 93835 | 17252 | | | 76583 | END 12-13-2013 | CHECK NUMBER | AMT OF CHECK |
| | EARNINGS | TAXES | DEDUCTIONS | | NET PAY | PAY PERIOD | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

---

## SEQ: Z069129

**Walmart**
702 S.W. 8th St.
Bentonville, AR 72716

CHRISTOPHER P LAVALAIS    01WS    SOCIAL SECURITY # XXXXXX5440

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76500 | 6337 | 48478 | 48478 |
| WRKDHRS | | 6337 | | |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 4228 | 422 |
| SOCIAL SECURITY | 3709 | 370 |
| LOUISIANA | 1024 | 102 |

| CURRENT | 48478 | 8961 | 00 | = | 39517 | BEGIN 12-14-2013 | 031783123 | 3951 |
|---|---|---|---|---|---|---|---|---|
| YEAR TO DATE | 48478 | 8961 | | | 39517 | END 12-27-2013 | CHECK NUMBER | AMT OF CHECK |
| | EARNINGS | TAXES | DEDUCTIONS | | NET PAY | PAY PERIOD | | |

STATEMENT OF EARNINGS AND DEDUCTIONS • DETACH AND RETAIN FOR YOUR RECORDS

LOUISIANA WORKFORCE COMMISSION
POST OFFICE BOX 94094
BATON ROUGE, LOUISIANA 70804-9094

000009359     PRESORTED FIRST-CLASS AUTO

LAVALAIS CHRISTOPHER
5616 LARKSPUR DR
ALEXANDRIA        LA   71303 3927

| FOR OFFICIAL USE ONLY | FORM 1099-G | |
|---|---|---|
| LOUISIANA WORKFORCE COMMISSION<br>OFFICE OF UI ADMINISTRATION<br>POST OFFICE BOX 94094<br>BATON ROUGE, LOUISIANA 70804-9094<br>72-6000747 | TYPE OR PRINT<br>PAYER'S NAME<br>ADDRESS ZIP CODE<br>AND FEDERAL<br>IDENTIFYING<br>NUMBER | STATEMENT FOR<br>RECIPIENTS OF<br>2013<br>UNEMPLOYMENT<br>COMPENSATION PAYMENTS<br>Copy B - For Recipient |
| Recipient's Identifying Number<br><br>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 | 1. Total UNEMPLOYMENT<br>COMPENSATION Payments<br><br>$ 2,665.00 | 2. Total FEDERAL TAX Withheld<br><br>$ 0.00 |
| This information is being furnished to the Internal Revenue Service. | | |
| TYPE OR PRINT RECIPIENT'S NAME, ADDRESS AND ZIP CODE BELOW<br><br>LAVALAIS CHRISTOPHER<br>5616 LARKSPUR DR<br>ALEXANDRIA       LA   71303 3927 | | |
| FORM 1099-G | | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE |

NOTICE TO RECIPIENT

All unemployment insurance (UI) benefits paid to you are considered taxable income for income tax purposes. Box 1 of this form shows the total Unemployment Compensation paid to you by the Louisiana Workforce Commission for the calendar year 2013. This total reflects any adjustment for cancelled checks. This total does not reflect cash reimbursements of an overpayment. Box 2 of this form shows the total amount of federal tax withheld from your unemployment benefits for the calendar year of 2013.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a tax return, you must report this income to the IRS or a negligence penalty or other sanction may be imposed on you. For more information and instructions on figuring the amount to be included on your Federal income tax retrun, see the instructions in your tax booklet and in Publication 905, Tax Information on Unemployment Compensation. You can get this publication at the Internal Revenue Service District Office.

1099-G (REV 1/14)

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000070070 | 1 |

# Earnings Statement



COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 02/07/2014
Pay Date: 02/19/2014

00000000070
**RITA S LAVALAIS**
**5616 LARKSPUR DR.**
**ALEXANDRIA LA 71303**

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  LA: 0

Social Security Number: XXX-XX-2848

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 3,680.00 |
| Mal Paid | | 16.00 | | |
| Gross Pay | | | $920.00 | 3,680.00 |

| **Deductions** | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -42.65 | 170.60 |
| Social Security Tax | | -39.62 | 158.50 |
| Medicare Tax | | -9.27 | 37.07 |
| LA State Income Tax | | -15.96 | 63.84 |
| **Other** | | | |
| Pre-Tax Dental | | -18.41* | 73.64 |
| Pre-Tax Health | | -260.94* | 1,043.76 |
| Pre-Tax Vision | | -1.52* | 6.08 |
| Net Pay | | | $531.63 |
| Checking 1 | | -531.63 | |
| Net Check | | | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 1,123.48 |
| Palto Balance | | 24.00 |
| Seto Balance | | 42.20 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $639.13

© 2000 ADP, Inc

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000070070
Pay date: 02/19/2014

Deposited to the account of
**RITA S LAVALAIS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $531.63 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000050071 | 1 |

# Earnings Statement

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 01/24/2014
Pay Date: 02/05/2014

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 LA: 0

00000000071
RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 2,760.00 |
| Holiday | | 8.00 | | |
| Mal Paid | | 8.00 | | |
| **Gross Pay** | | | **$920.00** | 2,760.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -42.65 | 127.95 |
| Social Security Tax | | -39.63 | 118.88 |
| Medicare Tax | | -9.27 | 27.80 |
| LA State Income Tax | | -15.96 | 47.88 |
| Other | | | |
| Pre-Tax Dental | | -18.41* | 55.23 |
| Pre-Tax Health | | -260.94* | 782.82 |
| Pre-Tax Vision | | -1.52* | 4.56 |
| **Net Pay** | | | **$531.62** |
| Checking 1 | | -531.62 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 842.61 |
| Palto Balance | | 24.00 |
| Seto Balance | | 39.12 |

\* Excluded from federal taxable wages
 Your federal taxable wages this period are $639.13

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000050071
Pay date: 02/05/2014

Deposited to the account of
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $531.62 |

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
| 63A | 000061 | 100 | | 0000030067 | 1 |

# Earnings Statement

**ADP**

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 01/10/2014
Pay Date: 01/22/2014

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  LA: 0

00000000067
RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Social Security Number: XXX-XX-2848

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 1,840.00 |
| Holiday | | 8.00 | | |
| Sched. Closure | | 32.00 | | |
| **Gross Pay** | | | **$920.00** | 1,840.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -42.65 | 85.30 |
| | Social Security Tax | -39.62 | 79.25 |
| | Medicare Tax | -9.26 | 18.53 |
| | LA State Income Tax | -15.96 | 31.92 |
| | **Other** | | |
| | Pre-Tax Dental | -18.41* | 36.82 |
| | Pre-Tax Health | -260.94* | 521.88 |
| | Pre-Tax Vision | -1.52* | 3.04 |
| | **Net Pay** | **$531.64** | |
| | Checking 1 | -531.64 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 561.74 |
| Palto Balance | | 24.00 |
| Seto Balance | | 36.04 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $639.13

© 2000 ADP, Inc

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000030067
Pay date: 01/22/2014

Deposited to the account of
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $531.64 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 075 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000010069 | 1 |

# Earnings Statement

**ADP**

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE, STE 700
DENVER, CO  80231

Period Ending: 12/27/2013
Pay Date: 01/08/2014

00000000069
RITA  S  LAVALAIS
5616  LARKSPUR DR.
ALEXANDRIA  LA  71303

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  LA: 0

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 920.00 |
| Holiday | | 8.00 | | |
| Sched. Closure | | 32.00 | | |
| **Gross Pay** | | | **$920.00** | 920.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -42.65 | 42.65 |
| Social Security Tax | | -39.63 | 39.63 |
| Medicare Tax | | -9.27 | 9.27 |
| LA State Income Tax | | -15.96 | 15.96 |
| **Other** | | | |
| Pre-Tax Dental | | -18.41* | 18.41 |
| Pre-Tax Health | | -260.94* | 260.94 |
| Pre-Tax Vision | | -1.52* | 1.52 |
| **Net Pay** | | **$531.62** | |
| Checking 1 | | -531.62 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 280.87 |
| Palto Balance | | 24.00 |
| Seto Balance | | 32.96 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE, STE 700
DENVER, CO  80231

Advice number: 00000010069
Pay date: 01/08/2014

Deposited to the account of
RITA  S  LAVALAIS

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx  xxxx | $531.62 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000510073 | 1 |

# Earnings Statement

**ADP**

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 12/13/2013
Pay Date: 12/20/2013

00000000073
RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  LA: 0

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 8,924.00 |
| **Gross Pay** | | | **$920.00** | 8,924.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -43.51 | 414.47 |
| Social Security Tax | | -39.63 | 385.37 |
| Medicare Tax | | -9.27 | 90.13 |
| LA State Income Tax | | -15.96 | 153.37 |
| **Other** | | | |
| Checking 1 | | -530.76 | |
| Pre-Tax Dental | | -18.41* | 177.53 |
| Pre-Tax Health | | -260.94* | 2,516.21 |
| Pre-Tax Vision | | -1.52* | 14.66 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 2,708.40 |
| Palto Balance | | 24.00 |
| Seto Balance | | 29.88 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc.

---

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000510073
Pay date: 12/20/2013

Deposited to the account of
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $530.76 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE



| CO | FILE | DEPT | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000490074 | 1 |

# Earnings Statement

**ADP**

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO  80231

Period Ending: 11/29/2013
Pay Date: 12/11/2013

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  LA:  0

00000000074
RITA  S  LAVALAIS
5616  LARKSPUR  DR.
ALEXANDRIA  LA  71303

Social Security Number:  XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 8,004.00 |
| Holiday | | 24.00 | | |
| **Gross Pay** | | | **$920.00** | 8,004.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -43.51 | 370.96 |
| Social Security Tax | | -39.62 | 345.74 |
| Medicare Tax | | -9.27 | 80.86 |
| LA State Income Tax | | -15.96 | 137.41 |
| Other | | | |
| Checking 1 | | -530.77 | |
| Pre-Tax Dental | | -18.41* | 159.12 |
| Pre-Tax Health | | -260.94* | 2,255.27 |
| Pre-Tax Vision | | -1.52* | 13.14 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 2,427.53 |
| Palto Balance | | 24.00 |
| Seto Balance | | 26.80 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $639.13

COMMUNITY  DEVELOPMENT  INSTITUTE
HEAD  START
10065  E.HARVARD  AVE,STE  700
DENVER,CO  80231

Advice number:  00000490074
Pay date:  12/11/2013

Deposited to the account of
RITA  S  LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx  xxxx | $530.77 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000470072 | 1 |

# Earnings Statement

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 11/15/2013
Pay Date: 11/27/2013

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 LA: 0

00000000072
**RITA S LAVALAIS**
**5616 LARKSPUR DR.**
**ALEXANDRIA LA 71303**

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 7,084.00 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$920.00** | 7,084.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -43.51 | 327.45 |
| Social Security Tax | | -39.63 | 306.12 |
| Medicare Tax | | -9.27 | 71.59 |
| LA State Income Tax | | -15.96 | 121.45 |
| **Other** | | | |
| Checking 1 | | -530.76 | |
| Pre-Tax Dental | | -18.41* | 140.71 |
| Pre-Tax Health | | -260.94* | 1,994.33 |
| Pre-Tax Vision | | -1.52* | 11.62 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 2,146.66 |
| Palto Balance | | 24.00 |
| Seto Balance | | 23.72 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc.

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000470072
Pay date: 11/27/2013

Deposited to the account of
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $530.76 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000450073 | 1 |

# Earnings Statement

**ADP**

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 11/01/2013
Pay Date: 11/13/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  LA: 0

00000000073
RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 6,164.00 |
| **Gross Pay** | | | **$920.00** | 6,164.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.51 | 283.94 |
| | Social Security Tax | -39.63 | 266.49 |
| | Medicare Tax | -9.26 | 62.32 |
| | LA State Income Tax | -15.96 | 105.49 |
| | **Other** | | |
| | Checking 1 | -530.77 | |
| | Pre-Tax Dental | -18.41* | 122.30 |
| | Pre-Tax Health | -260.94* | 1,733.39 |
| | Pre-Tax Vision | -1.52* | 10.10 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 1,865.79 |
| Palto Balance | | 24.00 |
| Seto Balance | | 20.64 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000450073
Pay date: 11/13/2013

Deposited to the account of
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $530.77 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

14-80252 - #3 File 03/07/14 Enter 03/07/14 13:48:26 Main Document Pg 13 of 19

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000430072 | 1 |

# Earnings Statement

**ADP**

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 10/18/2013
Pay Date: 10/30/2013

00000000072
RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 LA: 0

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 5,244.00 |
| **Gross Pay** | | | **$920.00** | 5,244.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -43.51 | 240.43 |
| Social Security Tax | | -39.62 | 226.86 |
| Medicare Tax | | -9.27 | 53.06 |
| LA State Income Tax | | -15.96 | 89.53 |
| **Other** | | | |
| Checking 1 | | -530.77 | |
| Pre-Tax Dental | | -18.41* | 103.89 |
| Pre-Tax Health | | -260.94* | 1,472.45 |
| Pre-Tax Vision | | -1.52* | 8.58 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 1,584.92 |
| Palto Balance | | 24.00 |
| Seto Balance | | 17.56 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

**Advice number:** 00000430072
**Pay date:** 10/30/2013

**Deposited to the account of**
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $530.77 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000410075 | 1 |

# Earnings Statement



COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 10/04/2013
Pay Date: 10/16/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  LA: 0

00000000075
RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 4,324.00 |
| **Gross Pay** | | | **$920.00** | 4,324.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.51 | 196.92 |
| | Social Security Tax | -39.63 | 187.24 |
| | Medicare Tax | -9.27 | 43.79 |
| | LA State Income Tax | -15.96 | 73.57 |
| | **Other** | | |
| | Checking 1 | -530.76 | |
| | Pre-Tax Dental | -18.41* | 85.48 |
| | Pre-Tax Health | -260.94* | 1,211.51 |
| | Pre-Tax Vision | -1.52* | 7.06 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 1,304.05 |
| Palto Balance | | 24.00 |
| Seto Balance | | 12.32 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000410075
Pay date: 10/16/2013

Deposited to the account of
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $530.76 |



**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000390064 | 1 |

# Earnings Statement



COMMUNITY DEVELOPMENT INSTITUTE  
HEAD START  
10065 E.HARVARD AVE, STE 700  
DENVER, CO  80231

Period Ending: 09/20/2013  
Pay Date: 10/02/2013

00000000064  
**RITA S LAVALAIS**  
**5616 LARKSPUR DR.**  
**ALEXANDRIA  LA  71303**

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 1  
  LA: 0  

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 3,404.00 |
| Gross Pay | | | $920.00 | 3,404.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -43.51 | 153.41 |
| Social Security Tax | | -39.63 | 147.61 |
| Medicare Tax | | -9.27 | 34.52 |
| LA State Income Tax | | -15.96 | 57.61 |
| **Other** | | | |
| Checking 1 | | -530.76 | |
| Pre-Tax Dental | | -18.41* | 67.07 |
| Pre-Tax Health | | -260.94* | 950.57 |
| Pre-Tax Vision | | -1.52* | 5.54 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 1,023.18 |
| Palto Balance | | 24.00 |
| Seto Balance | | 9.24 |

* Excluded from federal taxable wages  
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc.

COMMUNITY DEVELOPMENT INSTITUTE  
HEAD START  
10065 E.HARVARD AVE, STE 700  
DENVER, CO  80231

Advice number: 00000390064  
Pay date: 10/02/2013

Deposited to the account of  
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx  xxxx | $530.76 |



# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0000370059 | 1 |

# Earnings Statement



COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 09/06/2013
Pay Date: 09/18/2013

00000000059
**RITA S LAVALAIS**
**5616 LARKSPUR DR.**
**ALEXANDRIA LA 71303**

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   LA: 0

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 2,484.00 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$920.00** | 2,484.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.51 | 109.90 |
| | Social Security Tax | -39.62 | 107.98 |
| | Medicare Tax | -9.26 | 25.25 |
| | LA State Income Tax | -15.96 | 41.65 |
| | **Other** | | |
| | Checking 1 | -530.78 | |
| | Pre-Tax Dental | -18.41* | 48.66 |
| | Pre-Tax Health | -260.94* | 689.63 |
| | Pre-Tax Vision | -1.52* | 4.02 |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 742.31 |
| Palto Balance | | 24.00 |
| Seto Balance | | 6.16 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Advice number: 00000370059
Pay date: 09/18/2013

Deposited to the account of
RITA S LAVALAIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4427 | xxxx xxxx | $530.78 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| 63A | 000061 | 100 | | 0050312415 | 1 |

# Earnings Statement 

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

Period Ending: 08/23/2013
Pay Date: 09/04/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  LA: 0

RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 920.00 | 80.00 | 920.00 | 1,564.00 |
| **Gross Pay** | | | **$920.00** | 1,564.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.51 | 66.39 |
| | Social Security Tax | -39.63 | 68.36 |
| | Medicare Tax | -9.27 | 15.99 |
| | LA State Income Tax | -15.96 | 25.69 |
| | Other | | |
| | Pre-Tax Dental | -18.41* | 30.25 |
| | Pre-Tax Health | -260.94* | 428.69 |
| | Pre-Tax Vision | -1.52* | 2.50 |
| **Net Pay** | | **$530.76** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Cafe 125 | 280.87 | 461.44 |
| Palto Balance | | 24.00 |
| Seto Balance | | 3.08 |

**Deposits**
| Account No. | xxxxxx4427 |
|---|---|
| Transit/ABA | xxxx xxxx |
| Pending | |

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

\* Excluded from federal taxable wages
Your federal taxable wages this period are $639.13

© 2000 ADP, Inc.

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE,STE 700
DENVER,CO 80231

63A     88-88/1113
Payroll check number: 0050312415
Pay date: 09/04/2013

Pay to the order of: RITA S LAVALAIS
This amount: FIVE HUNDRED THIRTY AND 76/100 DOLLARS    $530.76

ISSUED BY ADP PAYROLL SERVICES   ASSISTANCE NOW AVAILABLE AT 877-423-7243
VOID - NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

JPMorganChase
TEXAS CONTROLLED DISBURSEMENTS
For inquiries call: 800-457-7191

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|-----|------|-------|-------|--------|-----|
| 63A | 000061 | 100 | | 0050311420 | 1 |

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE, STE 700
DENVER, CO 80231

# Earnings Statement

Period Ending: 08/09/2013
Pay Date: 08/21/2013

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 LA: 0

RITA S LAVALAIS
5616 LARKSPUR DR.
ALEXANDRIA LA 71303

Social Security Number: XXX-XX-2848

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 920.00 | | 644.00 | 644.00 |
| Gross Pay | | | $644.00 | 644.00 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -22.88 | 22.88 |
| | Social Security Tax | -28.73 | 28.73 |
| | Medicare Tax | -6.72 | 6.72 |
| | LA State Income Tax | -9.73 | 9.73 |
| | Other | | |
| | Pre-Tax Dental | -11.84* | 11.84 |
| | Pre-Tax Health | -167.75* | 167.75 |
| | Pre-Tax Vision | -0.98* | 0.98 |
| Net Pay | | $395.37 | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Cafe 125 | 180.57 | 180.57 |
| Palto Balance | | 24.00 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $463.43

---

COMMUNITY DEVELOPMENT INSTITUTE
HEAD START
10065 E.HARVARD AVE, STE 700
DENVER, CO 80231

63A
Payroll check number: 0050311420
Pay date: 08/21/2013

88-88/1113

Pay to the order of: RITA S LAVALAIS
This amount: THREE HUNDRED NINETY FIVE AND 37/100 DOLLARS

$395.37

ISSUED BY ADP PAYROLL SERVICES... NON-NEGOTIABLE AVAILABLE AT 877-423-7243
VOID AFTER 180 DAYS



JPMorganChase
TEXAS CONTROLLED DISBURSEMENTS
For inquiries call: 800-457-7191