UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Christopher P. Lavalais | : | Case No. 14-80252 |
| | Rita S. Lavalais | : | |
| | Debtor | : | Chapter 13 |

# SECOND AMENDED CHAPTER 13 PLAN
*(DEBTOR'S PLAN OF REPAYMENT; PLAN SUMMARY:*
*PROPOSED ADEQUATE PROTECTION; and REQUEST FOR VALUATION OF SECURITY)*

| | |
|---|---|
| **Monthly Plan Payment** | As of April 27, 2015 the debtors have paid a total of $9,447.05 to the Chapter 13 Trustee; then beginning with the plan payment that comes due on the 6th day of June, 2015 the debtors' plan payment shall change to $930.00 per month and shall remain at said $930.00 per month for the balance of the term of this 60 month plan. |
| **Estimated Term** | 60 Months |
| **Method of Payment** | Payroll Deduction |
| **Above or Below State Median Income** | Below Median |
| **Amount to Be Paid to Non-Priority Unsecured Creditors** | $282.00 or a minimum dividend of 0.0% to 100.0% to unsecured creditors |
| **First Payment Due Date** | April 6, 2014 |

**Additional Payments to Trustee:** NONE

**Special Provisions and/or Changes to Sections III, IV, or V of the Model Plan:** NONE

**Summary of and/or Reasons for Modification:** The debtors are filing this Second Amended Chapter 13 Plan in order to comply with the Adequate Protection Order. Debtors seek additional attorney fees of $350.00 for this modification. Said fees are in addition to any and all fees previously approved herein.

*Donald D. McKeithen, Jr.*
*McKeithen and Lewellyan*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | Christopher P. Lavalais : | Case No: 14-80252 |
| | Rita S. Lavalais : | |
| | Debtor(s) : | Chapter 13 |

## PLAN SUMMARY AND NOTICE

This pleading is a Bankruptcy Rule 3015(d) Summary and Notice of a Chapter 13 Plan of Repayment filed by the above captioned debtor(s) (the term debtor herein shall refer to both single and joint debtors). This four page document is only a summary and a portion of the complete plan. In all instances the complete plan and terms and conditions set forth therein shall be controlling. The complete plan and an Addendum to Chapter 13 Plan-Application And Notice For Attorney Fees wherein an itemized estimate of the time expended and expenses incurred by counsel for debtor may be viewed and printed by logging on to PACER at www.lawb.uscourts.gov. To obtain a password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856. The summary of the contents of the plan filed by debtor is as follows: Debtor's *PLAN OF REPAYMENT* pursuant to 11 U.S.C. §§ 1321, 1322 and 1325; *PROPOSED ADEQUATE PROTECTION* pursuant to 11 U.S.C. § 361; and debtor's *REQUEST FOR VALUATION OF SECURITY*; pursuant to 11 U.S.C. § 506 and Bankruptcy Rule 3012:

## I. SUBMISSION OF EARNINGS OR FUTURE INCOME:

**(A)** Debtor shall make monthly payments to the Chapter 13 Trustee. As of April 27, 2015 the debtors have paid a total of $9,447.05 to the Chapter 13 Trustee; then beginning with the plan payment that comes due on the 6th day of June, 2015 the debtors' plan payment shall change to $930.00 per month and shall remain at said $930.00 per month for the balance of the term of this 60 month plan. **The payments shall be made by Payroll Deduction.**

**(B) ADDITIONAL SUMS DEBTOR SHALL REMIT TO THE CHAPTER 13 TRUSTEE:** *Place an "X" on the one that applies)*

    **X** NONE
    ____ 50% of the net recovery from all personal injury and litigious claims.

## II. CLASSIFICATION OF CLAIMS/PAYMENT/PRIORITY/ RANKING:

**(A) CREDITORS TO BE PAID DIRECTLY BY DEBTOR OR SATISFIED BY SURRENDER OF PROPERTY:**

**(1) HOME MORTGAGE(S):**

| Creditor | Collateral | Estimated | Monthly Payment |
|---|---|---|---|
| Rushmore Loan Management Service | Debtors' family home located at 5616 Larkspur Drive, Rapides Parish, Alexandria, Louisiana | $97,013.08 | $606.49 |

**(2) OTHER DIRECT PAYMENT(S):**

| Creditor | Nature of Debt | Estimated Monthly Payment | To be paid beginning |
|---|---|---|---|
| Sallie Mae | Student Loan | Deferred | Deferred |

**(3) SECURED CLAIMS SATISFIED BY SURRENDER OF PROPERTY SECURING THE CLAIM:**

| Creditor | Collateral | Disposition |
|---|---|---|
| Tower Loan | 2000 Ford Expedition | Said collateral shall be abandoned unto this creditor in partial satisfaction of this debt; any remaining balance due after appropriate disposition of the vehicle shall be treated as an unsecured claim and paid as other general unsecured creditors reserving the right to this creditor to file an unsecured proof of claim. |

**(B) TRUSTEE DISBURSEMENTS AND CLASSIFICATION/ RANKING:** Except as modified by (II)(B)(5) the Chapter 13 Trustee will pay the following claims in the order of their rank set forth herein until the proceeds are exhausted:

**(1) TRUSTEE'S FEE**: The Trustee shall withhold from all disbursements made (except those to debtor) up to 10%.

**(2) UNPAID FILING FEES:** NONE

**(3) ADEQUATE PROTECTION PAYMENTS PER 11 U.S.C. §361.** *See (III)(C)(1)*:

| Creditor | Collateral | Monthly A.P. Payment |
|---|---|---|
| 1st Heritage | Household goods | $15.00 |

| | | | |
|---|---|---|---|
| Citifinancial | Household goods | | $15.00 |
| Ncep, LLC | 2012 Nissan Sentra S/SR/SL | | $50.00 |

**(4) EXECUTORY CONTRACTS:** None

**(5) ALLOWED ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. § 503(b):**
  **(a) Debtor's Attorney Fees:** Counsel for debtor has applied for legal fees for services rendered through confirmation under 11 U.S.C. § 330 and § 331 in the amount of **$3,550.00 which includes $350.00 in additional attorney fees for this modification. Said fees are in addition to any and all fees previously approved herein.**

  **(b) Other Administrative Expenses:** NONE

**(6) SECURED CLAIM(S):**
  **(a) Secured by Real Estate:**
    **(i) Payments or Other Treatment under §§ 1322(b)(5) and 1325(a)(5)** *(See (III)(B)(2))*:

| Creditor | Collateral | Mortgage Payment | # of Payments | To be paid beginning | Total Payment |
|---|---|---|---|---|---|
| None | | | | | |

   **(ii) Cure for Administrative Delay Payments under §1322(b)(3):**

| Creditor | Collateral | Mortgage Payment Amount | # of Payments | Monthly Payment, Rate & Term | Total Payment |
|---|---|---|---|---|---|
| None | | | | | |

   **(iii) Cure of Defaults under §1322(b)(3):**

| Creditor | Collateral | Arrears | Monthly Payment, Rate & Term | Total Payment |
|---|---|---|---|---|
| Rushmore Loan Management Services | Debtors' family home | $7,103.76 (Pre-petition) | @ 0.0% = $118.40 Per Month X 60 | $7,103.76 |

  **(b) Secured by Movable Property:**
    **(i) Secured Creditors - 11 U.S.C. § 506 Not Applicable:**

| Creditor | Collateral | PMSI Amount | Average Monthly Payment, Rate & Estimated Term | Total Payment (P & I) |
|---|---|---|---|---|
| None | | | | |

   **(ii) Secured Creditors - 11 U.S.C. § 506 Is Applicable:**

| Creditor | Collateral | Value/Claim Amount | Average Monthly Payment, Rate & Estimated Term | Total Payment (P & I) |
|---|---|---|---|---|
| 1st Heritage | Household goods | $1,500.00/$2,000.00 | @ 6.5% = $29.35 Per Month X 60 | $1,760.95 |
| Citifinancial | Household goods | $1,000.00/$7,000.00 | @ 6.5% = $19.56 Per Month X 60 | $1,173.96 |
| NCEP, LLC | 2012 Nissan Sentra | $21,125.59/$21,125.59 | @ 5.0% = $398.69 Per Month X 60 | $23,919.91 |
| Tower Loan | Household goods | $1,000.00/$7343.08 | @ 6.5% = $19.57 Per month X 60 | $1,173.95 |
| Rushmore Loan Management Services, LLC | Post-petition arrears May, 2014 - April, 2015 including $526.00 attorney fees | $9,325.47/$9,325.47 | @ 0.0% = $155.42 Per month X 60 | $9,325.47 |

**(7) DOMESTIC SUPPORT OBLIGATION (DSO) ARREARS:**

| DSO Obligation Holder and/or Assignee | Nature of Claim | Total Claim |
|---|---|---|
| NONE | | |

**(8) OTHER UNSECURED PRIORITY CLAIMS INCLUDING TAX CLAIMS:**

| Creditor | Nature of Claim | Total Claim |
|---|---|---|
| Internal Revenue Service | Taxes | $239.55 to be paid in full after payment of all of debtors' attorney fees. |
| State of Louisiana Department of Revneue | Taxes | $150.00 to be paid in full after payment of all of debtors' attorney fees. |

**(B)(10):**

| Creditor | Nature of Debt | Amount to be Paid | Average Monthly Payment, Rate & Estimated Term | Total Payment (P & I) |
|---|---|---|---|---|
| None | | | | |

**(10) NON-PRIORITY GENERAL UNSECURED CLAIMS:** Unless listed above, all other claims: listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no

objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

### *NOTICE – ATTENTION: YOUR RIGHTS MAY BE AFFECTED – NOTICE*

This pleading seeks relief under the Bankruptcy Code and complies with and is being noticed pursuant to Bankruptcy Rules 2002, 2016, 3012, 3013, 3015 and 4001. A notice document is being sent with this pleading setting a confirmation hearing on debtor's plan, and an Addendum to Chapter 13 Plan-Application And Notice For Attorney Fees has been filed in the record of this case and may be reviewed by logging onto PACER. This confirmation hearing shall also be the hearing on debtor's request for valuation, *See II(B)(6) above*, and compensation for debtor's attorney, *See II(B)(5) above*. Provided no change of circumstances during the term of the plan, the "value", once determined shall be a "res judicata" determination and all parties shall be bound by such valuation. Additionally, if *Section I(B)* provides for payment to the Trustee of fifty percent (50%) of the net recovery from all personal injury and litigious claims, confirmation of this plan shall authorize the Trustee to accept such amount in full satisfaction of the estate's interest in such claim(s) and shall be deemed approval of any subsequent settlement and/or compromise.

Objections to the debtor's plan, proposed valuation or compensation for debtor's counsel must be in writing and must be filed with the court and served on the debtor, debtor's counsel and the trustee at least seven (7) days prior to the date set for the confirmation hearing. Absent any objections, the Court may at such hearing confirm the debtor's plan, determine the value of debtor's property for secured claims purposes, and set the amount of compensation for debtor's counsel. Furthermore, if orders allowing pre-confirmation adequate protection payments to creditors provided for herein have been submitted and if no objection is filed to debtor's counsel's application for compensation within 20 days of notice, debtor's counsel shall be entitled to submit a pre-confirmation order approving an advance portion of the requested compensation for an amount not to exceed $1,000.00. Counsel for debtor reserves the right to request additional fees by fee application for services exceeding any amounts set forth herein.

**PLAN & PLAN SUMMARY DATE:**
5/14/15

**McKeithen and Lewellyan**
**Attorneys at Law**
**P. O. Box 1919**
**Columbia, LA. 71418**
**(318) 649-6862**
**E-mail: Phyllis@mckeithenlewellyan.net**

**By: /s/ Donald D. McKeithen, Jr. Bar #18331**